IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| SIMON COLE, individually, and d/b/a DAWN OF GAMES, and KARL TUCKER, individually, and on behalf of KARL TUCKER PRODUCTIONS, INC., and BENJAMIN PAUL BISTLINE, individually, and on behalf of P & V CAPITOL RESOURCES, INC., and JUSTIN BOWMAN & JOHN BARROSO, individually, and d/b/a JSB INVESTMENTS, and JOHN MCCORMACK, individually and ALEXANDER LOZANO, individually and on behalf of AES TRADING, INC., and DAVID K. CABAGE, individually,<br><br>Plaintiff(s),<br><br>v.<br><br>GREGORY M. SCHNEIDER, AMANDA SCHNEIDER, BRIAN C. COOK, ROBERT SELFRIDGE, individually and d/b/a SHIPPING SOLUTIONS, INC., SHIPPING SOLUTIONS FULFILLMENT, INC., d/b/a RED FROG USA, d/b/a IDEA FACTORY COMPANY, d/b/a TZD.COM, d/b/a C4GAMESTORE.COM. d/b/a HOTGAMESTUFF.COM and BLUE SKY CAPITAL MANAGEMENT CORPORATION, d/b/a PLUGNPLAYFOREX.COM<br><br>Defendant(s). | Civil Action No. 3:08-cv-1013<br><br>Judge William J. Haynes |

ORDER

The Plaintiff's motion for reconsideration D/E No. 33 is DENIED for lack of a specific showing as to why Judge Traugen erred. Under the law of the case doctrine such a showing is necessary.

[signature]
2-12-09