## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| SIMON COLE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:08-01013 |
| | ) | JUDGE HAYNES |
| GREGORY M. SCHNEIDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The parties have ten (10) days from the date of this Order to file any motion to remand for

arbitration. The parties have ninety (90) days from the date of this Order to complete any

remaining discovery. Within thirty (30) days thereafter, the parties must file any dispositive

motions. The trial in this action is set for Tuesday, March 16, 2010 at 9:00 a.m. The final

pretrial conference is set for Friday, February 26, 2010 at 3:00 p.m.

It is so **ORDERED**.

**ENTERED** this the _18_ day of September, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge