# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

SIMON COLE, individually, and d/b/a
DAWN OF GAMES, and KARL TUCKER,
Individually, and on behalf of
KARL TUCKER PRODUCTIONS,
INC., and BENJAMIN PAUL
BISTLINE, individually, and on behalf
Of P&V CAPITAL RESOURCES, INC.,            Docket #3:08CV1013
And JUSTIN BOWMAN &
JOHN BARROSO,
Individually, and d/b/a JSB
INVESTMENTS, and JOHN
MCCORMACK, individually and
ALEXANDER LOZANO, individually
And on behalf of AES TRADING, INC.,
And DAVID K. CABAGE, individually,

    Plaintiffs,

v.

GREGORY M. SCHNEIDER,
AMANDA SCHNEIDER,
BRIAN C. COOK, individually and d/b/a
SHIPPING SOLUTIONS, INC.,
SHIPPING SOLUTIONS
FULFILLMENT, INC., d/b/a
REED FROG USA, d/b/a IDEA
FACTORY COMPANY, d/b/a
TZD.COM, d/b/a C4GAMESTORE.
COM. d/b/a HOTGAMESTUFF.COM
And BLUE SKY CAPITAL
MANAGEMENT CORPORATION,
d/b/a PLUGNPLAYFOREX.COM,

    Defendants.

## MOTION TO REMAND CASE TO ARBITRATION

Comes now the Defendants, through their counsel Mark T. Freeman, and respectfully request that this Court remand this case for arbitration. The Plaintiffs entered into an agreement with the Defendants and within that agreement there was an arbitration provision. A copy of those arbitration provisions are attached as an exhibit. That agreement states that binding arbitration will be the method by which the parties resolve their disputes. Therefore,

the Defendants respectfully request that this court remand this case to the parties so that arbitration proceedings can begin.

Respectfully Submitted,

/s/Mark T. Freeman
Mark T. Freeman, Esq. (#16098)
One American Center
West End Avenue
Suite 240
Nashville, Tennessee 37203
freemanlaw@comcast.net
615-352-8447 office
615-352-7884 fax

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been sent by way of the electronic filing system on September 28, 2009 to:

Bryan Becker
Becker Attorneys
The Koll Center
501 West Broadway
Suite 800
San Diego, CA 92101
bcb@bbeckerlaw.com

/s/Mark T. Freeman
Mark T. Freeman, Esq. (#16098)