BECKER ATTORNEYS
Bryan C. Becker, CA SBN 241956
1205 Prospect Street, Suite 400
La Jolla, California 92037
Telephone: (877) 201-8728
Fax Number: (619) 923-2944
bcb@bbeckerlaw.com

**Attorney for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| SIMON COLE, individually, and d/b/a DAWN OF GAMES, and KARL TUCKER, individually, and on behalf of KARL TUCKER PRODUCTIONS, INC., and BENJAMIN PAUL BISTLINE, individually, and on behalf of P & V CAPITOL RESOURCES, INC., and JUSTIN BOWMAN & JOHN BARROSO, individually, and d/b/a JSB INVESTMENTS, and JOHN MCCORMACK, individually and ALEXANDER LOZANO, individually and on behalf of AES TRADING, INC., and DAVID K. CABAGE, individually, <br><br>Plaintiff(s), <br><br>v. <br><br>GREGORY M. SCHNEIDER, AMANDA SCHNEIDER, BRIAN C. COOK, individually and d/b/a SHIPPING SOLUTIONS, INC., SHIPPING SOLUTIONS FULFILLMENT, INC., d/b/a RED FROG USA, d/b/a IDEA FACTORY COMPANY, d/b/a TZD.COM, d/b/a C4GAMESTORE.COM. d/b/a HOTGAMESTUFF.COM and BLUE SKY CAPITAL MANAGEMENT CORPORATION, d/b/a PLUGNPLAYFOREX.COM, <br><br>Defendant(s). | **Civil Action No. 3:08-cv-1013** <br><br>**STIPULATED REQUEST TO WITHDRAW MOTION TO COMPEL ARBITRATION AND [PROPOSED] ORDER** <br><br>**HON. WILLIAM J. HAYNES** <br><br>**DATE ACTION FILED: OCTOBER 15, 2008** <br><br>**TRIAL DATE: MARCH 16, 2010** |

**IT IS HEREBY STIPULATED**, the Defendants request to withdraw from the Court's

consideration their pending Motion to Compel Arbitration (Filed September 28, 2009; Docket

No. 78). Plaintiff's will not request an award of punitive damages and hereby agree to exclude

such relief as a remedy available at trial. Accordingly, the Plaintiff's opposition to said Motion is moot (Docket No. 81). Both parties stipulate that discovery is complete and consent to the continued jurisdiction and deadlines of this Court.

Respectfully Submitted,

Dated: January 13, 2010

        s/ *Bryan C. Becker*
        Bryan C. Becker (CA Bar No. 241956)
        Becker Attorneys
        1205 Prospect Street, Suite 400
        La Jolla, CA 92037
        (877) 201-8728
        bcb@bbeckerlaw.com

        -and-

        */s/ John W. Roberts*
        Law Office of John W. Roberts
        30 Music Square West, Suite 305
        Nashville, Tennessee 37203
        Tel: (615) 242-1001
        *john@johnwrobertslaw.com*

        Attorneys for Plaintiffs


        */s/Mark T. Freeman*
        Mark T. Freeman, Esq. (#16098)
        One American Center
        West End Avenue
        Suite 240
        Nashville, Tennessee 37203
        freemanlaw@comcast.net
        615-352-8447 office
        615-352-7884 fax

        Attorney for Defendants

**[PROPOSED] ORDER GRANTING THE STIPULATED REQUEST TO WITHDRAW MOTION TO COMPEL ARBITRATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January ___, 2010

_____
**HON. WILLIAM J. HAYNES**

UNITED STATES DISTRICT COURT JUDGE

## Certificate of Service

Cole, et al. v. Schneider, et al.
Re: Case No. 3:08-cv-1013

      I hereby certify that on January 14, 2010, a copy of the following document was filed electronically.

**STIPULATED REQUEST TO WITHDRAW MOTION TO COMPEL ARBITRATION AND [PROPOSED] ORDER**

      Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System:

Mark T. Freeman, Esq.
One American Center
West End Avenue, Suite 240
Nashville, Tennessee 37203
freemanlaw@comcast.net
615-352-8447 office
**Attorneys for Defendants**

Dated: January 14, 2010

                                                         BECKER ATTORNEYS

                                                         By:   /s/ *Bryan Becker*
                                                                     Bryan C. Becker

                                                                     Attorney for Plaintiffs