IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SIMON COLE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 3:08-01013 |
| | ) | JUDGE HAYNES |
| GREGORY M. SCHNEIDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

In accordance with the jury's verdict and the jury's findings that the Defendants' violations were knowing and willful, pursuant to Tenn. Code Ann. § 47-18-109(4), the Court concludes that all damages should be trebled.

Accordingly, Plaintiff Simon Cole, individually and d/b/a Dawn of Games, is **AWARDED** two hundred two thousand five hundred dollars ($202,500) against Defendants Gregory Schneider, Brian Cook, Shipping Solutions Inc., and Shipping Solutions Fulfillment, Inc. d/b/a Red Frog USA, d/b/a Idea Factory Company, d/b/a TZD.com, d/b/a C4Gamestore.com, d/b/a Hotgamestuff.com.

Plaintiff Karl Tucker, individually and on behalf of Karl Tucker Productions, Inc. is **AWARDED** five hundred fifty eight thousand dollars ($558,000) against Defendants Gregory Schneider, Brian Cook, Shipping Solutions Inc., and Shipping Solutions Fulfillment, Inc. d/b/a Red Frog USA, d/b/a Idea Factory Company, d/b/a TZD.com, d/b/a C4Gamestore.com, d/b/a Hotgamestuff.com.

Plaintiff Benjamin Paul Bistline, individually and on behalf of P & V Capitol Resources, Inc., is **AWARDED** three hundred sixty thousand dollars ($360,000) against Defendants

Gregory Schneider, Brian Cook, Shipping Solutions Inc., and Shipping Solutions Fulfillment, Inc. d/b/a Red Frog USA, d/b/a Idea Factory Company, d/b/a TZD.com, d/b/a C4Gamestore.com, d/b/a Hotgamestuff.com.

Plaintiff Justin Bowman is **AWARDED** one hundred fifty thousand dollars ($150,000) against Defendants Gregory Schneider, Brian Cook, Shipping Solutions Inc., and Shipping Solutions Fulfillment, Inc. d/b/a Red Frog USA, d/b/a Idea Factory Company, d/b/a TZD.com, d/b/a C4Gamestore.com, d/b/a Hotgamestuff.com.

Plaintiff John Barroso, individually and doing business as JSB Investments, is **AWARDED** two hundred fifty five thousand dollars ($255,000) against Defendants Gregory Schneider, Brian Cook, Shipping Solutions Inc., and Shipping Solutions Fulfillment, Inc. d/b/a Red Frog USA, d/b/a Idea Factory Company, d/b/a TZD.com, d/b/a C4Gamestore.com, d/b/a Hotgamestuff.com.

Plaintiff John McCormack is **AWARDED** five hundred ninety two thousand five hundred dollars ($592,500) against Defendants Gregory Schneider, Brian Cook, Shipping Solutions Inc., and Shipping Solutions Fulfillment, Inc. d/b/a Red Frog USA, d/b/a Idea Factory Company, d/b/a TZD.com, d/b/a C4Gamestore.com, d/b/a Hotgamestuff.com.

Plaintiff Alexander Lozano, individually and on behalf of AES Trading, Inc., is **AWARDED** three hundred thirty thousand dollars ($330,000) against Defendants Gregory Schneider, Brian Cook, Shipping Solutions Inc., and Shipping Solutions Fulfillment, Inc. d/b/a Red Frog USA, d/b/a Idea Factory Company, d/b/a TZD.com, d/b/a C4Gamestore.com, d/b/a Hotgamestuff.com.

Plaintiff David K. Cabage is **AWARDED** three hundred thousand dollars ($300,000) against Defendants Gregory Schneider, Brian Cook, Shipping Solutions Inc., and Shipping

Solutions Fulfillment, Inc. d/b/a Red Frog USA, d/b/a Idea Factory Company, d/b/a TZD.com, d/b/a C4Gamestore.com, d/b/a Hotgamestuff.com.

Based upon the evidence at trial that the Plaintiffs' injuries was caused by the concerted acts of the Defendants, all Defendants are joint and severally liable for the damages awarded. Banks v. Elks Club Pride of Tennessee 1102, 301 S.W.3d 214, 219 (Tenn. 2010). Pursuant to the Tennessee Consumer Protection Act, Tenn. Code Ann. § 47-18-108(4), Defendants Gregory Schneider, Brian Cook, Shipping Solutions Inc., and Shipping Solutions Fulfillment, Inc. d/b/a Red Frog USA, d/b/a Idea Factory Company, d/b/a TZD.com, d/b/a C4Gamestore.com, d/b/a Hotgamestuff.com are **PERMANENTLY ENJOINED** from soliciting or providing any business investments or investment advice.

Plaintiffs are **AWARDED** their attorneys' fees in an amount to be determined in accordance with Local Rule 54.01(b). Tenn. Code Ann. §47-18-109(e)(1).

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the 25nd day of March, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge