UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Simon Cole, et al.

        Plaintiff,

v.         Case No.: 3:08–cv–01013
        District Judge William J. Haynes, Jr

Gregory M. Schneider, et al.

        Defendant.

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/30/2010.

        Keith Throckmorton, Clerk
        s/ Ann Frantz, Deputy Clerk