IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SIMON COLE, individually, and d/b/a DAWN OF GAMES, and KARL TUCKER, Individually, and on behalf of KARL TUCKER PRODUCTIONS, INC., and BENJAMIN PAUL BISTLINE, individually, and on behalf Of P&V CAPITAL RESOURCES, INC., And JUSTIN BOWMAN & JOHN BARROSO, Individually, and d/b/a JSB INVESTMENTS, and JOHN MCCORMACK, individually and ALEXANDER LOZANO, individually And on behalf of AES TRADING, INC., And DAVID K. CABAGE, individually, <br><br> Plaintiffs, <br><br>v. <br><br>GREGORY M. SCHNEIDER, AMANDA SCHNEIDER, BRIAN C. COOK, individually and d/b/a SHIPPING SOLUTIONS, INC., SHIPPING SOLUTIONS FULFILLMENT, INC., d/b/a REED FROG USA, d/b/a IDEA FACTORY COMPANY, d/b/a TZD.COM, d/b/a C4GAMESTORE. COM. d/b/a HOTGAMESTUFF.COM And BLUE SKY CAPITAL MANAGEMENT CORPORATION, d/b/a PLUGNPLAYFOREX.COM, <br><br> Defendants. | Docket #3:08CV1013 <br><br> HON. WILLIAM J. HAYNES |

## MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO ALTER AND/OR AMEND THE COURT' S JUDGMENT

The trial court erred in several respects. First, the court should not have trebled the damages under the Tennessee Consumer Protection Act (TCPA). In the Plaintiffs' amended complaint they saught no less than three times their compensatory damages. (doc. 30). The parties entered into a stipulation and the court entered an order wherein the plaintiffs gave up their claim for punitive damages. (doc. 84). Such a waiver included any punitive damage

award under the TCPA because Tennessee Supreme Court holds that trebling damages under the TCPA is a punitive in nature. *Miller v. United Automax, 166 S.W.3d 692, 697 (Tenn. 2005); See also Concrete Spaces Inc. v. Sender, 2 S.W.3d 901, 907 (Tenn. 1999).* Secondly, since the Jury found that there was a securities act violation, the Defendants believe that the court should have enforced only the remedies available under that act and not the TCPA.

Third, the court should not have ordered a permanent injunction under the TCPA as there was not sufficient evidence to support a finding by the jury that the Defendants committed fraud and that the public needed protection on a permanent basis. The defendants develop this argument in their Memoradum in support of their request for a new trial.

Fourth, the court erred in making the individual defendants joint and severally liable. There was not sufficient proof to justify such a ruling as argued in defendants' other memorandum in support of their request for a new trial.

Respectfully Submitted,

/s/Mark T. Freeman
Mark T. Freeman, Esq. (#16098)
One American Center
West End Avenue
Suite 240
Nashville, Tennessee 37203
freemanlaw@comcast.net
615-352-8447 office
615-352-7884 fax

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing has been sent by way of the electronic filing system on April 27, 2010 to:

Bryan Becker
Becker Attorneys
The Koll Center
501 West Broadway
Suite 800
San Diego, CA 92101
bcb@bbeckerlaw.com

John Roberts
Law of John W. Roberts
30 Music Square West
Suite 305
Nashville, TN, 37203
john@johnwroberts.com

                                        /s/Mark T. Freeman
                                        Mark T. Freeman, Esq. (#16098)