# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

SIMON COLE, individually, and d/b/a
DAWN OF GAMES, and KARL TUCKER,
Individually, and on behalf of
KARL TUCKER PRODUCTIONS,
INC., and BENJAMIN PAUL
BISTLINE, individually, and on behalf
Of P&V CAPITAL RESOURCES, INC.,
And JUSTIN BOWMAN &
JOHN BARROSO,
Individually, and d/b/a JSB
INVESTMENTS, and JOHN
MCCORMACK, individually and
ALEXANDER LOZANO, individually
And on behalf of AES TRADING, INC.,
And DAVID K. CABAGE, individually,

       Plaintiffs,

v.

GREGORY M. SCHNEIDER,
AMANDA SCHNEIDER,
BRIAN C. COOK, individually and d/b/a
SHIPPING SOLUTIONS, INC.,
SHIPPING SOLUTIONS
FULFILLMENT, INC., d/b/a
REED FROG USA, d/b/a IDEA
FACTORY COMPANY, d/b/a
TZD.COM, d/b/a C4GAMESTORE.
COM. d/b/a HOTGAMESTUFF.COM
And BLUE SKY CAPITAL
MANAGEMENT CORPORATION,
d/b/a PLUGNPLAYFOREX.COM,

       Defendants.

Docket #3:08CV1013

*ORDER*
*This motion*
*is GRANTED*
*[signature]*
*[illegible]*
*5-14-10*

## MOTION REQUESTING PERMISSION TO FILE A REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' RESPECTIVE POST TRIAL MOTIONS

Comes now the Defendants' and respectfully request permission to file a reply to the Plaintiffs' Response To Defendants' Respective Post Trial Motions.

The Plaintiffs' have made certain arguments that the Defendants' would like to respond to and believe that those responses would help the Court rule on the Defendants' pending motions.